**EDA**

**FILED**

**MARCH 14, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

**08 C 1535**

PARUS HOLDINGS, INC.,                    )
                                         )
                                         )
             Plaintiff,                  )
                                         )
                                         )
        v.                               )                    **JUDGE HART**
                                         )    No. 08 L 1151   **MAGISTRATE JUDGE DENLOW**
                                         )
BANNER & WITCOFF, LTD., *et al.*,        )
                                         )
                                         )
             Defendants.                 )
                                         )

---

### NOTICE OF FILING OF NOTICE OF REMOVAL

Defendant, Banner & Witcoff, Ltd., by its undersigned counsel, herewith files the

attached copy of the Notice of Removal which has been filed with the United States District

Court for the Northern District of Illinois and served on the Plaintiff.  Pursuant to 28 U.S.C.

§1446(d), the filing of this Notice with the Clerk of the Circuit Court, Cook County, Illinois,

effects the removal of this case and this Court is respectfully requested to proceed no further

unless the case is remanded from the federal court.

450073/E/1

Dated: March 14, 2008

Defendant BANNER & WITCOFF, LTD.

By: _____
One of its Attorneys

Brian E. Martin
Jeffrey T. Petersen
Bell, Boyd & Lloyd LLP
70 West Madison Street, Suite 3100
Chicago, Illinois 60602
312.372.1121

Pamela A. Bresnahan
Steven R. Becker
Vorys, Sater, Seymour and Pease LLP
1828 L Street, N.W.
Suite 1111
Washington, D.C.  20036-5109
202.467.8800

450073/E/1

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of March, 2008, a copy of the foregoing

**Notice of Filing of Notice of Removal** was mailed, first class and postage pre-paid, to:

James J. Stamos, Esquire
Matthew J. McDonald, Esquire
Stamos & Trucco LLP
30 West Monroe Street
Suite 1600
Chicago, Illinois  60603

Attorneys for Plaintiff

_____
Jeffrey T. Petersen

450073/E/1