IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PARUS HOLDINGS, INC., | )<br>)<br>) |
| Plaintiff, | ) Case No.    08 C 1535<br>) |
| v. | ) Hon. Judge William T. Hart<br>) |
| BANNER & WITCOFF, LTD., *et al.*, | ) Magistrate Judge Morton Denlow<br>) |
| Defendants. | )<br>) |

### DEFENDANT BANNER & WITCOFF, LTD.'S NOTICE OF MOTION TO DISMISS COUNTS II, IV AND V OF PLAINTIFF'S COMPLAINT, TO DISMISS, IN PART, COUNT I OF PLAINTIFF'S COMPLAINT AND TO DISMISS AND/OR STRIKE PLAINTIFF'S PUNITIVE DAMAGES CLAIM

TO:   see attached Certificate of Service

**PLEASE TAKE NOTICE** that at 11:00 a.m. on Wednesday, March 26, 2008, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge William Hart, or any other judge sitting in his stead, in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present the Motion of Defendant Banner & Witcoff, Ltd. to Dismiss Counts II, IV and V of Plaintiff's Complaint, to Dismiss, in Part, Count I of Plaintiff's Complaint and to Dismiss and/or strike Plaintiff's Punitive Damages Claim.

Dated: March 18, 2008                    Defendant, BANNER & WITCOFF, LTD.

                                         /s/ Jeffrey T. Petersen
                                         One of its Attorneys

Brian E. Martin
Jeffrey T. Petersen
Bell Boyd & Lloyd LLP

450209/E/1

70 West Madison Street
Suite 3100
Chicago, Illinois 60602-4207
(312) 372-1121
jpetersen@bellboyd.com
bmartin@bellboyd.com


Pamela A. Bresnahan
Steven R. Becker
Vorys, Sater, Seymour and Pease LLP
1828 L Street, N.W.
11th Floor
Washington, D.C. 20036-5109
(202) 467-8800
pabresnahan@vorys.com
srbecker@vorys.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of March, 2008, a copy of Banner & Witcoff, Ltd.'s Notice of Motion To Dismiss Counts II, IV And V Of Plaintiff's Complaint, To Dismiss, In Part, Count I Of Plaintiff's Complaint And To Dismiss and/or Strike Plaintiff's Punitive Damages Claim, was served pursuant to ECF delivery for the following ECF users:

James J. Stamos, Esquire
Matthew J. McDonald, Esquire
Stamos & Trucco LLP
30 West Monroe Street
Suite 1600
Chicago, Illinois  60603

/s/ Jeffrey T. Petersen