IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PARUS HOLDINGS, INC., | ) | |
| Plaintiff, | ) | Case No.   08 C 1535 |
| v. | ) | Hon. Judge William T. Hart |
| BANNER & WITCOFF, LTD., *et al.*, | ) | Magistrate Judge Morton Denlow |
| Defendants. | ) | |

**AMENDED NOTICE OF MOTION BY DEFENDANT BANNER & WITCOFF, LTD. TO DISMISS COUNTS II, IV AND V OF PLAINTIFF'S COMPLAINT, TO DISMISS, IN PART, COUNT I OF PLAINTIFF'S COMPLAINT AND TO DISMISS AND/OR STRIKE PLAINTIFF'S PUNITIVE DAMAGES CLAIM**

TO:   see attached Certificate of Service

**PLEASE TAKE NOTICE** that, pursuant to the request of plaintiff's counsel, who is unavailable on the date initially scheduled for presentment of the above-titled motion, at 11:00 a.m. on Wednesday, April 2, 2008, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge William Hart, or any other judge sitting in his stead, in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present the Motion of Defendant Banner & Witcoff, Ltd. to Dismiss Counts II, IV and V of Plaintiff's Complaint, to Dismiss, in Part, Count I of Plaintiff's Complaint and to Dismiss and/or strike Plaintiff's Punitive Damages Claim.

Dated: March 19, 2008                         Defendant, BANNER & WITCOFF, LTD.


                                              ___/s/ Jeffrey T. Petersen___
                                              One of its Attorneys

450209/E/1

Brian E. Martin
Jeffrey T. Petersen
Bell Boyd & Lloyd LLP
70 West Madison Street
Suite 3100
Chicago, Illinois  60602-4207
(312) 372-1121
jpetersen@bellboyd.com
bmartin@bellboyd.com


Pamela A. Bresnahan
Steven R. Becker
Vorys, Sater, Seymour and Pease LLP
1828 L Street, N.W.
11th Floor
Washington, D.C.  20036-5109
(202) 467-8800
pabresnahan@vorys.com
srbecker@vorys.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of March, 2008, a copy of the Amended Notice of Motion of Banner & Witcoff, Ltd. To Dismiss Counts II, IV And V Of Plaintiff's Complaint, To Dismiss, In Part, Count I Of Plaintiff's Complaint And To Dismiss and/or Strike Plaintiff's Punitive Damages Claim, was served pursuant to ECF delivery for the following ECF users:

> James J. Stamos, Esquire
> Matthew J. McDonald, Esquire
> Stamos & Trucco LLP
> 30 West Monroe Street
> Suite 1600
> Chicago, Illinois  60603

/s/ Jeffrey T. Petersen