## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Parus Holdings, Inc.
                              Plaintiff,

v.                                                   Case No.: 1:08−cv−01535
                                                       Honorable William T. Hart

Banner & Witcoff, Ltd., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

      MINUTE entry before Judge Honorable William T. Hart:Motion hearing held. Defendant Banner & Witcoff, Ltd.'s motion to dismiss [7] is entered and continued. Plaintiff's motion to remand is due by 4/11/2008; response due by 4/25/2008; reply due by 5/2/2008; rule by mail.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.