UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PARUS HOLDINGS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 08 C 1535 |
| | ) | |
| BANNER & WITCOFF, LTD., CHARLES CALL; and EUGENE NELSON, | ) ) | Judge Hart |
| | ) | Magistrate Judge Denlow |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   Brian E. Martin
      Bell Boyd & Lloyd
      70 West Madison Street
      Suite 3100
      Chicago, IL  60602

PLEASE TAKE NOTICE that on April 11, 2008, we filed with the Clerk of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, **Plaintiff's Motion to Remand,** a copy of which is attached and hereby served upon you.

/s/ Denise M. Vasquez

Subscribed and Sworn to before
me this 11th day of April, 2008.

/s/ Patricia Earley
     Notary Public

OFFICIAL SEAL
PATRICIA EARLEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/13/11

James J. Stamos
Matthew J. McDonald
STAMOS & TRUCCO LLP
30 W. Monroe, Suite 1600
Chicago, IL  60603
Telephone:  (312) 630-7979
Facsimile:  (312) 630-1183