UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PARUS HOLDINGS, INC., | ) |
| Plaintiff, | ) |
| v. | ) NO. 08 C 1535 |
| BANNER & WITCOFF, LTD., CHARLES CALL; and EUGENE NELSON, | ) Judge Hart |
| Defendants. | ) Magistrate Judge Denlow |

### NOTICE OF FILING

TO: Brian E. Martin
Bell Boyd & Lloyd
70 West Madison Street
Suite 3100
Chicago, IL 60602

PLEASE TAKE NOTICE that on May 2, 2008, we filed with the Clerk of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, **Plaintiff's Reply in Support of Its Motion to Remand,** a copy of which is attached and hereby served upon you.

Subscribed and Sworn to before
me this 1st day of May, 2008.

_____
Notary Public

"OFFICIAL SEAL"
Jess.... ...vez
Notary Pub...  ...of Illinois
My Commiss...  ...10/07/2008

James J. Stamos
Matthew J. McDonald
STAMOS & TRUCCO LLP
30 W. Monroe, Suite 1600
Chicago, IL 60603
Telephone: (312) 630-7979
Facsimile: (312) 630-1183