UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PARUS HOLDINGS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANNER & WITCOFF, LTD., CHARLES )<br>CALL; and EUGENE NELSON, )<br>)<br>Defendants. ) | NO. 08 C 1535<br><br>Judge Hart<br><br>Magistrate Judge Denlow |

### NOTICE OF FILING

TO:   Brian E. Martin
      Bell Boyd & Lloyd
      70 West Madison Street
      Suite 3100
      Chicago, IL  60602

   PLEASE TAKE NOTICE that on May 29, 2008, we filed with the Clerk of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, **Plaintiff's First Set of Requests to Admit,** a copy of which is attached and hereby served upon you.

_Denise M. Vasquez_

Subscribed and Sworn to before
me this 29th day of May, 2008.

_Patricia Earley_
Notary Public

OFFICIAL SEAL
PATRICIA EARLEY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/13/11

James J. Stamos
Matthew J. McDonald
STAMOS & TRUCCO LLP
30 W. Monroe, Suite 1600
Chicago, IL  60603
Telephone:  (312) 630-7979
Facsimile:  (312) 630-1183
ARDC No. 03128244