# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | WILLIAM T. HART | SITTING JUDGE IF OTHER THAN ASSIGNED JUDGE | 5-29-2008 |
|---|---|---|---|
| CASE NUMBER | 08 C 1535 | DATE | MAY 29, 2008 |
| CASE TITLE | PARUS HOLDINGS, INC. v. BANNER & WITCOFF, LTD., et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to remand [14] is denied. By June 27, 2008, plaintiff shall answer defendant Banner's motion to dismiss [7]. Banner's reply is due by July 11, 2008. Ruling on the motion to dismiss will be by mail.

■ [ For further detail see attached Opinion and Order.]

Notices (3) mailed by Judicial staff.

| | | Courtroom Deputy | CW |
|---|---|---|---|