# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | WILLIAM T. HART | SITTING JUDGE IF OTHER THAN ASSIGNED JUDGE | |
|---|---|---|---|
| CASE NUMBER | 08 C 1535 | DATE | June 5, 2008 |
| CASE TITLE | PARUS HOLDINGS, INC. v. BANNER & WITCOFF, LTD., et al. | | |

**DOCKET ENTRY TEXT**

Opinion and Order dated May 29, 2008 is hereby corrected. Page 3, line 4 should read as follows: "engagement letter and other documents referred to Vail as the client...." Vail is being substituted for Banner.

Docketing to mail notices.

| | Courtroom Deputy | CW |
|---|---|---|