UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PARUS HOLDINGS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  08 C 1535 |
| | ) | |
| BANNER & WITCOFF, LTD., CHARLES | ) | Judge Hart |
| CALL; and EUGENE NELSON, | ) | |
| | ) | Magistrate Judge Denlow |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   Brian E. Martin
      Bell Boyd & Lloyd
      70 West Madison Street, Suite 3100
      Chicago, IL  60602

PLEASE TAKE NOTICE that on June 26, 2008, we filed with the Clerk of the United States District Court, 219 South Dearborn Street, Chicago, Illinois, **Plaintiff's Response in Opposition of Defendant Banner & Witcoff's Motion to Dismiss Counts II, IV and V of Plaintiff's Complaint, to Dismiss, in Part, Count I of Plaintiff's Complaint and to Dismiss and/or Strike Plaintiff's Punitive Damages Claim,** a copy of which is attached and hereby served upon you.

PLEASE BE FURTHER ADVISED that I, a non-attorney, on oath, have caused a true and correct copy of the aforementioned pleading to all counsel of record, via First Class Mail, postage prepaid, to the above counsel before the hour of 5:00 p.m. on the 26th day of June, 2008.

*Denise M. Wiggins*

SUBSCRIBED AND SWORN to before me this 26th day of June, 2008

*Eileen M. Rosenquist*
NOTARY PUBLIC

"OFFICIAL SEAL"
Eileen M. Rosenquist
Notary Public, State of Illinois
My Commission Exp. 08/11/2009

James J. Stamos, Esq.
STAMOS & TRUCCO
30 West Monroe Street, Suite 1600
Chicago, Illinois  60603
(312) 630-7979
ARDC No. 03128244