UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PARUS HOLDINGS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 08 C 1535 |
| ) | |
| BANNER & WITCOFF, LTD., ) | |
| CHARLES CALL, and EUGENE ) | |
| NELSON, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION

NOW COMES Defendant Gordon E. Nelson, by his attorney, Brian E. Martin, and Plaintiff Parus Holding, Inc., by its attorney Matthew McDonald, and Stipulate and agree as follows:

1. Gordon E. Nelson will file his appearance in this action by June 30, 2008.

2. Gordon E. Nelson will respond to the Complaint filed by Parus Holdings, Inc. within ten (10) days of the Court's ruling on Banner & Witcoff's pending Motion to Dismiss.

| DEFENDANT GORDON E. NELSON | PLAINTIFF PARUS HOLDINGS, INC. |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Brian E. Martin | James J. Stamos |
| Jeffrey T. Petersen | Matthew McDonald |
| Bell, Boyd & Lloyd LLP | Stamos & Trucco LLP |
| 70 West Madison Street, Suite 3100 | 30 West Monroe Street, Suite 1600 |
| Chicago, Illinois 60602-4207 | Chicago, Illinois 60603 |
| Phone: (312) 372-1121 | mmcdonald@stamostrucco.com |
| jpetersen@bellboyd.com | |
| bmartin@bellboyd.com | |

Pamela A. Bresnahan
Steven R. Becker
Vorys, Sater, Seymour and Pease LLP
1828 L Street, N.W., Suite 1111
Washington, D.C. 20036-5109
Phone: (202) 467-8800
pabresnahan@vorys.com
srbecker@vorys.com