AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

PARUS HOLDINGS, INC.
      Plaintiff,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 C 1535

V.
BANNER & WITCOFF, LTD. CHARLES CALL
AND EUGENE NELSON
      Defendant.

ASSIGNED JUDGE: Judge Hart

DESIGNATED MAGISTRATE JUDGE: Judge Denlow

TO: (Name and address of Defendant)
    CHARLES CALL
    20 East Goethe Street, CH 1
    Chicago, IL 60610

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
STAMOS & TRUCCO LLP, 30 West Monroe Street, Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_Elisa Perez_ (signature)
(By) DEPUTY CLERK

JUN 17 2008
DATE

# Affidavit of Process Server

Parus Holdings, inc. vs Banner + Witcoff, Ltd. Charles + Eugene Nelson
PLAINTIFF/PETITIONER — DEFENDANT/RESPONDENT — CASE # 08C1535

Being duly sworn, on my oath, I **Michael Jenson**,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **Charles Call**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ Summons + Notice of Removal + Complaint

by serving (NAME) **CHARLES CALL**
at ☒ Home **10 E. GOETHE, CHICAGO**
☐ Business _____
☒ on (DATE) **7-10-08** at (TIME) **9:10 pm**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address   ☐ Evading   ☐ Other: _____
☐ Address Does Not Exist   ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding   ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____ DATE TIME, ( )_____ DATE TIME
( )_____ DATE TIME, ( )_____ DATE TIME, ( )_____ DATE TIME, ( )_____ DATE TIME

**Description:**
☒ Male   ☒ White Skin   ☐ Black Hair   ☐ White Hair   ☐ 14-20 Yrs.   ☐ Under 5'   ☐ Under 100 Lbs.
☐ Female   ☐ Black Skin   ☐ Brown Hair   ☐ Balding   ☐ 21-35 Yrs.   ☐ 5'0"-5'3"   ☐ 100-130 Lbs.
☐ Yellow Skin   ☐ Blond Hair   ☐ 38-50 Yrs.   ☐ 5'4"-5'8"   ☐ 131-160 Lbs.
☐ Brown Skin   ☒ Gray Hair   ☐ Mustache   ☐ 51-65 Yrs.   ☐ 5'9"-6'0"   ☒ 161-200 Lbs.
☐ Glasses   ☐ Red Skin   ☐ Red Hair   ☐ Beard   ☒ Over 65 Yrs.   ☒ Over 6'   ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

SERVED BY
LASALLE PROCESS SERVERS

State of Illinois   County of Cook

Subscribed and sworn to before me, a notary public, this **15** day of **July**, 20 **08**

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.