**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                     Case  08-C-1535

Parus Holdings, Inc.,

Plaintiff,

v.

Banner & Witcoff, Ltd., Charles Call, and

Eugene Nelson,

Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Charles G. Call

| |
|---|
| SIGNATURE  s/Thomas P. McGarry |
| FIRM  Hinshaw & Culbertson LLP |
| STREET ADDRESS  222 N. LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>03128079 | TELEPHONE NUMBER<br>312-704-3000 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☒          NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐          NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☒          NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL  ☐      APPOINTED COUNSEL  ☐ |

6346254v1 890705