U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case  08-CV-01535

PARUS HOLDINGS,

Plaintiff,

v.

BANNER & WITCOFF, CHARLES CALL, and
EUGENE NELSON,

Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHARLES CALL

| SIGNATURE  s/Terrence P. McAvoy | |
|---|---|
| FIRM  Hinshaw & Culbertson LLP | |
| STREET ADDRESS  222 N. LaSalle Street, Suite 300 | |
| CITY/STATE/ZIP  Chicago, Illinois 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6196798 | TELEPHONE NUMBER 312-704-3000 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐         NO ☒ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐         NO ☒ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐         NO ☒ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☒  NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL  ☐       APPOINTED COUNSEL  ☐ | |

6346211v1 890705