UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PARUS HOLDINGS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 08 C 1535 |
| ) | |
| BANNER & WITCOFF, LTD., CHARLES ) | Judge Hart |
| CALL; and EUGENE NELSON, ) | |
| ) | Magistrate Judge Denlow |
| Defendants. ) | |

### NOTICE OF CHANGE OF FIRM ADDRESS

Effective August 1, 2008, the law firm of Stamos & Trucco LLP, currently located at 30 West Monroe Street, Suite 1600, Chicago, Illinois 60603, will be relocating it offices to:

STAMOS & TRUCCO LLP
1 East Wacker Drive
Suite 300
Chicago, Illinois 60601
Phone-(312) 630-7979
Fax-(312) 630-1183

The telephone and fax numbers will remain the same. Please change your records accordingly to reflect our new address.

_____
One of Parus Holdings, Inc.'s Attorneys

James J. Stamos
Matthew J. McDonald
Stamos & Trucco LLP
30 West Monroe
Suite 1600
Chicago, IL 60603
(312) 630-7979
FIRM ID 18324

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PARUS HOLDINGS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 08 C 1535 |
| ) | |
| BANNER & WITCOFF, LTD., CHARLES ) | Judge Hart |
| CALL; and EUGENE NELSON, ) | |
| ) | Magistrate Judge Denlow |
| Defendants. ) | |

### NOTICE OF FILING

TO: Brian E. Martin
Bell Boyd & Lloyd
70 West Madison Street
Suite 3100
Chicago, IL 60602

PLEASE TAKE NOTICE that on **Thursday, July 31, 2008,** we filed with the Clerk of the Circuit Court of Cook County, Illinois, County Department, Law Division, the attached **Notice of Change of Firm Address**, a copy of which is hereby served upon you.

| | |
|---|---|
| STAMOS & TRUCCO LLP | Attorney for Plaintiff |
| 30 West Monroe, Suite 1600 | Chicago, IL 60603 |
| (312) 630-7979 | Firm I.D. No. 18324 |

### CERTIFICATE OF SERVICE

The undersigned, a non-attorney, an oath, deposes and states, that she caused a true and correct copy of the aforementioned pleading to be served via First Class Mail, postage prepaid, to the above counsel by the hour of 5:00p.m. on this **31st day of July, 2008.**

_____

SUBSCRIBED AND SWORN to before me on this 31st day of July, 2008.

_____
Notary Public

"OFFICIAL SEAL"
Jessica Galvez
Notary Public, State of Illinois
My Commission Exp. 10/07/2008