UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PARUS HOLDINGS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 08 C 1535 ) |
| BANNER & WITCOFF, LTD., CHARLES CALL, and EUGENE NELSON | ) Judge William T. Harte ) ) |
| Defendants. | ) ) |

## STIPULATION

NOW COMES Defendant Charles Call, by his attorneys, Thomas P. McGarry and Terrence P. McAvoy, and Plaintiff Parus Holdings, Inc., by its attorneys, James J. Stamos and Matthew McDonald, and Stipulate and agree as follows:

1. Charles Call will file his responsive pleading to the Complaint filed by Parus Holdings, Inc. within ten (10) days of the Court's ruling on Banner & Witcoff's pending Motion to Dismiss.

DEFENDANT CHARLES CALL

By: _____
Thomas P. McGarry
Terrence P. McAvoy
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, Illinois 60601
(312) 704-3000
tmcgarry@hinshawlaw.com
tmcavoy@hinshawlaw.com

PLAINTIFF PARUS HOLDINGS, INC.

By: _____
James J. Stamos
Matthew McDonald
Stamos & Trucco LLP
30 W. Monroe Street, Suite 1600
Chicago, Illinois 60603
jstamos@stamostrucco.com
mmcdonald@stamostrucco.com

6346313v1 890705

UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PARUS HOLDINGS,<br><br>    Plaintiff,<br><br>vs.<br><br>BANNER & WITCOFF, LTD., CHARLES CALL, and EUGENE NELSON<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  No. 08 C 1535<br>)<br>)  Judge William T. Harte<br>)<br>)<br>) |

### NOTICE OF FILING

TO: All Counsel of Record
(See Attached Service List)

    PLEASE TAKE NOTICE THAT on the 1st day of August 2008, we caused to be filed with the United States District Court of the Northern District of Illinois, Eastern Division, **Stipulation**, a copy of which is herewith served upon you.

Thomas P. McGarry
Terrence P. McAvoy
HINSHAW & CULBERTSON LLP
222 North LaSalle Street Suite 300
Chicago, Illinois 60601-1081
(312) 704-3000

HINSHAW & CULBERTSON LLP

By: _____
Attorneys for Defendant,
CHARLES CALL

### Certificate of Service

Under penalties by law pursuant to 735 ILCS, §5/1-109 of Civil Procedure, the undersigned certifies that she did deposit a copy of the foregoing notice and its accompanied documents by mailing a copy to all attorneys of record and depositing same in the U.S. Mail at 222 North LaSalle, Chicago, Illinois by 5:00 p.m. on August 1, 2008, with proper postage prepaid.

_____
Julia M. Copeland

Parus Holdings, Inc. v. Banner & Witcoff, Ltd., et atl.
Court No.:    08 CV 01535

## SERVICE LIST

Attorneys for Plaintiff
James John Stamos, Esq.
Stamos & Trucco LLP
1 East Wacker Drive, Suite 300
Chicago, IL 60601
(312) 630-7979
(312) 630-1183      Fax
jstamos@stamostrucco.com

Matthew John McDonald, Esq.
Stamos & Trucco LLP
1 East Wacker Drive, Suite 300
Chicago, IL 60601
(312) 630-7979
(312) 630-1183      Fax
mmcdonald@stamostrucco.com

Attorneys for Defendant, Banner & Witcoff
Pamela A. Bresnahan, Esq.
Vorys Sater Seymour & Pease LLP
1828 L Street, NW
11th Floor
Washington, DC 20036
(202) 467-8861
pabreshnahan@vorys.com

Brian E. Martin, Esq.
Bell, Boyd & Lloyd, PLLC
1615 L Street, NW
11th Floor
Washington, DC 20036
(312) 372-1121
bmartin@bellboyd.com

Jeffrey T. Petersen, Esq.
Bell, Boyd k& Lloyd LLC
70 W. Madison Street, Suite 3100
Chicago, IL 60602
(312) 807-4297
jpetersen@bellboyd.com

Steven R. Becker, Esq.
Vorys Sater Seymour & Pease LLP
1828 L Street, NW
Suite 1111
Washington, DC 20036
(202) 467-8871

2