## UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| PARUS HOLDINGS, INC., | ) | |
| | ) | |
| Plaintiff | ) | Case No. 08 C 1535 |
| | ) | |
| v. | ) | Hon. Judge William T. Hart |
| | ) | |
| BANNER & WITCOFF, LTD., et al. | ) | Magistrate Judge Morton Denlow |
| | ) | |
| Defendants | ) | |
| | ) | |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The parties, by their undersigned counsel and pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii), agree and stipulate to the dismissal with prejudice of this lawsuit and all

claims presented therein, with each party to bear its own costs and attorney's fees.

Plaintiff, PARUS HOLDINGS, INC.          Defendants, BANNER & WITCOFF, LTD. and
                                          GORDON E. NELSON

By: _____             By: _____
      One of its attorneys                      One of their attorneys

James J. Stamos                          Brian E. Martin
Matthew McDonald                         Jeffrey T. Petersen
Stamos & Trucco LLP                      Bell Boyd & Lloyd LLP
1 East Wacker Drive                      70 West Madison Street
Suite 300                                30th Floor
Chicago, Illinois 60601                  Chicago, Illinois 60602-4207
(312) 630-7979                           (312) 372-1121
jstamos@stamostrucco.com                 bmartin@bellboyd.com
mmcdonald@stamostrucco.com               jpetersen@bellboyd.com

                                         Pamela A. Bresnahan
                                         Steven R. Becker
                                         Vorys, Sater, Seymour and Pease LLP
                                         1828 L Street, N.W.

Suite 1111
Washington, D.C. 20036-5109
(202) 467-8800
pabresnahan@vorys.com
srbecker@vorys.com

Defendant, CHARLES G. CALL

By: _____
     One of his attorneys

Thomas P. McGarry
Terrence P. McAvoy
Hinshaw Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601
(312) 704-3000
tmcgarry@hinshawlaw.com
tmcavoy@hinshawlaw.com

**SO ORDERED** this ___ day of January, 2009.

_____
Hon. William T. Hart
United States District Court for
the Northern District of Illinois

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _28_ th day of January, 2009, a copy of the foregoing

Stipulation of Voluntary Dismissal With Prejudice was served pursuant to ECF delivery for the

following ECF users:

James J. Stamos, Esquire
Matthew McDonald, Esquire
Stamos & Trucco LLP
1 East Wacker Drive
Suite 300
Chicago, Illinois 60601

Pamela A. Bresnahan, Esquire
Steven R. Becker, Esquire
Vorys, Sater, Seymour and Pease LLP
1828 L Street, N.W.
Suite 1111
Washington, D.C. 20036-5109

Thomas P. McGarry, Esquire
Terrence P. McAvoy, Esquire
Hinshaw Culbertson LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601